## SMITH V. THE STATE.
(Decided May 15, 1913.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

HILL, HILL & WHITING, for appellant. R. C. BRICKELL,. Atotrney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

## SPANN V. THE STATE.
(Decided June 19, 1913.)

APPEAL from Geneva Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. R. C. BRICKELL,. Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error in the record and the cause is affirmed.

## SPILLER V. CITY OF TUSCALOOSA.
(Decided April 24, 1913.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for either party.

Per curiam. Dismissed for want of assignment of errors.

## SPILLER V. THE STATE.
(Decided May 13, 1913.)

APPEAL from Tuscaloosa Circuit Court.

Heard before Hon. BERNARD HARWOOD.

McKINLEY, McQUEEN, HAWKINS & SNOW, for appellant. R. C. BRICKELL, Attorney General, and W. L. TIN, Assistant Attorney General, for the State.

WALKER, P. J.—No ground for reversal is found in the record. Affirmed.